UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR 121-0023

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| WILLIAM VOSS | ) | |

THE GRAND JURY CHARGES THAT:

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4:45 P M
MAR 3 2021 20
Deputy Clerk

### COUNT ONE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about May 13, 2020, in Burke County, within the Southern District of Georgia, the defendant,

**WILLIAM VOSS,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct said images having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of Count One of this Indictment charging a violation of Title 18, United States Code, Section 2252A(a)(5)(B), the defendant, **WILLIAM VOSS**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

A True Bi
Foreperso .

David H. Estes
Acting United States Attorney

Tara M. Lyons
Assistant United States Attorney
*Lead Counsel

Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

Jennifer J. Kirkland
Assistant United States Attorney
*Co-lead Counsel